FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 12  AM 10: 43

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC BERNARD SCOTT,   )
                     )
    Petitioner,      )
                     )
v.                   )   CASE NO. CV413-072
                     )
WARDEN DANNIE THOMPSON, )
                     )
    Respondent.      )
                     )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA