FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 12 AM 10: 43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC BERNARD SCOTT,  )
  )
    Petitioner,  )
  )
v.  )    CASE NO. CV413-072
  )
WARDEN DANNIE THOMPSON,  )
  )
    Respondent.  )
  )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA