IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC BERNARD SCOTT,                )
                                   )
        Petitioner-Appellant,      )
                                   )
vs.                                )    Case No. CV413-72
                                   )
WARDEN, MACON STATE PRISON,        )
                                   )
        Respondent-Appellee.       )

ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___20th___ day of April 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA